O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 08-796-ABC |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER OF REVOCATION AND DETENTION AFTER HEARING [18 U.S.C. 3148(B)] |
| vs. | ) ) ) | |
| RICHARD VU NGUYEN | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

The defendant having been arrested in this District pursuant to a warrant previously issued by Chief Judge Audrey B. Collins, and the Court having conducted a hearing on the alleged violation(s), the Court finds as follows:

(1)( ) A.  there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

(X) B.  there is clear and convincing evidence that the defendant violated the following conditions of release: (1) As set forth in the Petition, Defendant violated the condition barring him from operating an investment business company utilizing internet or email to contact customers or members of the public in the manner set forth in the Petition

1     and

2 (2)(X) A.   that based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assume that the defendant will not flee or pose a danger to the safety or any other person or the community; or

5    (X) B.   that the defendant is unlikely to abide by any condition or combination of conditions of release.

7                               ( ) and/or in the event of (1)(A):

8 (3)( )   that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

11 (4)( )   that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. *See* separate order setting conditions.

14     ( )   This Order shall be stayed for 72 hours in order to allow the Government to seek review from the District Judge assigned to this case or assigned to handle this matter by virtue of being on criminal duty.

18 (X)   IT ORDERED that the defendant's prior pretrial release is revoked and the defendant is detained prior to trial.

22 Dated: June 5, 2009.           /s/    Arthur Nakazato
                                    ARTHUR NAKAZATO
                             UNITED STATES MAGISTRATE JUDGE